| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Manion, Daniel A. | 2. Court or Organization<br><br>USCA-7 | 3. Date of Report<br><br>05/13/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b.  ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>301 Grant Federal Building<br>204 S. Main Street<br>South Bend, IN 46601 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking | A | Interest | K | T | | | | | |
| 2. Key Bank checking #2 | | None | J | T | | | | | |
| 3. First Opportunity Fund | | None | J | T | | | | | |
| 4. UBS deposit account | A | Distribution | M | T | | | | | |
| 5. Diamonds | | None | J | W | | | | | |
| 6. Boeing Company common | A | Dividend | L | T | | | | | |
| 7. Nuveen High Yield ) | C | Interest | L | T | | | | | |
| 8. Blackrock Muni 2018 Trust | B | Dividend | J | T | | | | | |
| 9. Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 10. Credit Suisse preferred | A | Dividend | J | T | | | | | |
| 11. Deutsche Bank preferred | A | Dividend | J | T | | | | | |
| 12. ING Group preferred | A | Dividend | J | T | | | | | |
| 13. Bank of America preferred | B | Dividend | K | T | | | | | |
| 14. South Bend Redev. Bond | A | Interest | J | T | | | | | |
| 15. Indiana St. Dev. Bond | A | Interest | J | T | | | | | |
| 16. Chicago IL O'Hare bond | A | Interest | J | T | | | | | |
| 17. Brownsville TX bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 19. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 20. Hamilton Co. OH bond | A | Interest | J | T | | | | | |
| 21. Kane/DeKalb Co. IL bond | B | Interest | K | T | | | | | |
| 22. University Akron bond | A | Interest | J | T | | | | | |
| 23. Keycorp common (Dan) | B | Dividend | | | Donated | | | | |
| 24. UBS deposit account | A | Distribution | L | T | | | | | |
| 25. IRAs -- items 26-48 | | | | | | | | | |
| 26. UBS Bank USA dep (liquid assets fund) | A | Distribution | | | | | | | transferred to Baird #38 |
| 27. General Electric | A | Dividend | J | T | | | | | |
| 28. Davis NY Venture Fund | A | Distribution | K | T | | | | | |
| 29. Franklin Balance Sheet | C | Distribution | L | T | | | | | |
| 30. Franklin Income Fund | A | Distribution | K | T | | | | | |
| 31. Raytheon | B | Dividend | | | Sold | 12/17/12 | L | | |
| 32. American Mutual Fund | A | Distribution | J | T | Buy | 12/28/12 | K | | |
| 33. Powershares S&P 500 Fund | A | Distribution | K | T | Buy | 12/19/12 | K | | |
| 34. Lord Abbott Fund | A | Distribution | K | T | Buy | 12/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Intermediate Bond Fund | A | Distribution | K | T | Buy | 12/18/12 | K | | |
| 36. Wells Fargo Bond Fund | A | Distribution | J | T | Buy | 12/17/12 | J | | |
| 37. Rowe T Price Growth Fund | A | Distribution | J | T | Buy | 12/2/12 | J | | |
| 38. Baird Gen Mkt Fund | A | Int./Div. | M | T | | | | | trans from UBS #97 |
| 39. SPDR Series Trust Fund | A | Distribution | J | T | Buy | 12/13/12 | J | | |
| 40. Permanent Portfolio Fund | A | Distribution | J | T | Buy | 12/18/12 | J | | |
| 41. State of Indiana retirement | | None | J | T | | | | | |
| 42. Growth Fund America | | None | K | T | | | | | |
| 43. Amedisys, Inc. | | None | | | Sold | 12/17/12 | J | | loss |
| 44. Conocophillips | A | Dividend | K | T | | | | | |
| 45. Medtronic | B | Dividend | | | Sold | 12/19/12 | J | B | |
| 46. Microsoft Corp | A | Dividend | K | T | | | | | |
| 47. Nucor Corp | A | Dividend | | | Sold | 12/13/12 | J | B | |
| 48. 20/20 Fund ▓▓▓▓ | C | Distribution | L | T | | | | | |
| 49. Northwestern Mutual Life Insurance | | None | N | T | | | | | |
| 50. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 51. Baird Trust Acct: items 52-87 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Automatic Data Processing (ADP) | B | Dividend | L | T | | | | | |
| 53. Target Corp. common | B | Dividend | L | T | Sold (part) | 09/20/12 | J | D | |
| 54. Kellogg Company | A | Dividend | K | T | | | | | |
| 55. Blackrock Inc. | A | Dividend | K | T | Buy | 01/05/12 | K | | |
| 56. Express Scripps Holding | A | Dividend | K | T | | 04/03/12 | K | | merger |
| 57. Factset Research Systems | A | Dividend | K | T | Buy | 06/13/12 | K | | |
| 58. Windstream Corp. | C | Dividend | | | Sold | | K | | loss/various sell dates |
| 59. Illinois Tool Works common | B | Dividend | K | T | | | | | |
| 60. Intel Corp common | A | Dividend | J | T | Sold (part) | 10/16/12 | J | C | |
| 61. Varian Medical | | None | K | T | Buy | 02/14/12 | K | | |
| 62. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 63. Procter & Gamble common | C | Dividend | L | T | | | | | |
| 64. Dreyfus Muni Money Market | A | Distribution | N | T | | | | | |
| 65. Fiserv Inc. | | None | M | T | | | | | |
| 66. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 67. Ecolab common | A | Dividend | L | T | | | | | |
| 68. Patterson Companies common | C | Dividend | M | T | Sold (part) | | K | E | various sell dates |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fastenal common | B | Dividend | L | T | | | | | |
| 70. Permanent Portfolio Fund | A | Dividend | K | T | | | | | |
| 71. Stericycle Inc. | | None | K | T | | | | | |
| 72. Techne Corp. | A | Dividend | K | T | | | | | |
| 73. Powershares Global | A | Dividend | K | T | | | | | |
| 74. Medco Health Solutions | | None | | | | 04/03/12 | L | E | became Express Scripps |
| 75. BP PLC common | C | Dividend | L | T | | | | | |
| 76. Century Link Inc. | D | Dividend | M | T | | | | | |
| 77. Valmont Industries | A | Dividend | L | T | | | | | |
| 78. Cisco Systems common | A | Dividend | K | T | | | | | |
| 79. Gillead Sciences common | | None | K | T | | | | | |
| 80. Harley Davidson common | A | Dividend | L | T | | | | | |
| 81. Pepsico Inc. | B | Dividend | K | T | | | | | |
| 82. Emerson Electric | B | Dividend | K | T | | | | | |
| 83. EQT Corp. | A | Dividend | L | T | | | | | |
| 84. Microsoft Corp | B | Dividend | L | T | | | | | |
| 85. McCormick & Co. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. General Electric | A | Dividend | K | T | | | | | |
| 87. Harris Corp. | B | Dividend | K | T | Sold (part) | 09/14/12 | J | D | |
| 88. General Electric | B | Dividend | K | T | | | | | |
| 89. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 90. NYSE Euronext | A | Dividend | K | T | Buy | 05/18/12 | K | | |
| 91. Peabody Energy Corp | A | Dividend | J | T | Buy | 06/15/12 | J | | |
| 92. Corning | A | Dividend | J | T | | | | | |
| 93. Limelight Networks | | None | J | T | | | | | |
| 94. Dupont | B | Dividend | K | T | | | | | |
| 95. Frontier Communications | A | Dividend | J | T | | | | | |
| 96. JM Smucker | A | Dividend | J | T | | | | | |
| 97. UBS deposit account | A | Dividend | | | | | M | | transf to Baird #38 |
| 98. Ohio State Higher Educ. Fund muni | A | Interest | K | T | | | | | |
| 99. UBS custodial accts:Fidelity Adv. dividend growth | A | Int./Div. | J | T | | | | | |
| 100. Alliance College Bound Fund | | None | L | T | | | | | |
| 101. American Funds College America | | None | M | T | | | | L | w/draw tuition payments |
| 102. College Choice 529 plan | | None | K | T | Buy | 12/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. OppenheimerFunds Legacy Program-now US Charitable Gift Fund | A | Distribution | L | T | | | | | |
| 104. Notre Dame Federal Credit Union savings | A | Dividend | K | T | | | | | |
| 105. FT Franklin Fed interim mutual fund | C | Interest | M | T | | | | | |
| 106. Energy Transfers Partners | A | Int./Div. | K | T | Buy | 06/15/12 | K | | |
| 107. Fernandina Beach FL muni bond | A | Interest | K | T | | | | | |
| 108. Cape Coral FL muni bond | A | Interest | K | T | | | | | |
| 109. MTA NYS Trans Rev muni bond | A | Interest | | | Sold | 11/15/12 | J | | |
| 110. Kane McKenry muni bond | B | Interest | K | T | | | | | |
| 111. Indiana St Fin Auth muni bond | A | Interest | J | T | | | | | |
| 112. Washoe County Nev muni bond | A | Interest | J | T | | | | | |
| 113. AAG Holding Co. Inc. senior notes | A | Interest | | | Sold | 07/13/12 | J | | loss |
| 114. Nuveen high yield municipal bond fund | B | Interest | K | T | | | | | |
| 115. Suntrust Capital | A | Dividend | | | Sold | 11/15/12 | J | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 103: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Daniel A. Manion

Circuit Judge